**FILED**

02/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0090

FILED

IN THE SUPREME COURT OF THE STATE OF MONTANA

FEB 1 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

AF 06-0090


ORIGINAL

IN THE MATTER OF THE APPOINTMENT OF
A MEMBER TO THE COMMISSION ON
PRACTICE OF THE SUPREME COURT OF
THE STATE OF MONTANA

O R D E R

Rule 2 of the Rules for Lawyer Disciplinary Enforcement provides that appointments to the Commission on Practice shall be made by the Supreme Court from a list of three licensed and practicing attorneys submitted to the Court who have received the highest number of votes in an election by the Area resident members of the State Bar of Montana. Rule 2 further provides that this Court shall, by order, designate the time, place, and method for the election of members for appointment to the Commission on Practice.

The term of the current attorney member for Area B expires April 1, 2022. Area B is comprised of the Fourth, Twentieth, and Twenty-First Judicial Districts.

THEREFORE,

IT IS NOW ORDERED:

1. An election shall be had in Area B for nomination of three resident bar members whose names shall be submitted to this Court, and this Court shall then appoint one of the three to membership on the Commission on Practice.

2. The election in Area B shall be the responsibility of District Judge John W. Larson.

3. The election shall be conducted in the following manner:

(a) At the discretion of Judge Larson, the election may be conducted either by e-mail or regular mail. Whether by e-mail or regular mail, the ballots shall be in the following form:

AREA B

Fourth, Twentieth, and Twenty-First Districts

BALLOT FOR MEMBERS OF COMMISSION ON PRACTICE
(Vote for Three)

1. _____

2. _____

3. _____

The election will close March 21, 2022. Your ballot must be returned so as to reach its destination on or before that date. The names of the three attorneys receiving the highest number of votes will be sent to the Montana Supreme Court, which then will appoint one of them to the Commission.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(b) Judge Larson shall prepare and distribute the ballots on or before February 28, 2022.

(c) Voted ballots must be returned to Judge Larson on or before March 21, 2022.

(d) The ballots are to be opened and counted by Judge Larson. Judge Larson shall then certify to this Court the names of the three attorneys in Area B receiving the highest number of votes on or before March 28, 2022.

The Clerk is directed to mail a copy of this Order to the Honorable John W. Larson, to each member of the Commission on Practice, and to Shelly Smith, Office Administrator for the Commission on Practice.

DATED this 15 day of February, 2022.

For the Court,

By _____
Chief Justice

2